IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
Knoxville Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No.: 3:19-cv-102-TAV-HBG |
| DONNA K. HOLT, | ) ) ) |
| Defendant. | ) ) |

## **CONSENT JUDGMENT**

It is hereby **ORDERED** that judgment is entered against Donna K. Holt in the amount of $505,446.60 as of June 8, 2020, for her unpaid federal income tax liabilities for the 2002, 2004, 2005, 2007, and 2008 tax years, together with statutory interest that will continue to accrue after that date according to law until paid. The parties shall bear their own costs and attorneys' fees.

Because entry of judgment in favor of the United States of America concludes this matter, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

ENTERED this 30th day of July, 2020.

                                                                      s/ Thomas A. Varlan
                                                                       HON. THOMAS A. VARLAN
                                                                       United States District Judge

**SEEN AND AGREED:**

*Counsel for the United States of America:*

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Kieran O. Carter*
KIERAN O. CARTER
Virginia Bar No. 81953
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 616-1920
Facsimile: (202) 514-6866
Kieran.O.Carter@usdoj.gov


*Donna K. Holt, Pro Se Appearance:*

/s/ Donna K. Holt
DONNA KEENE HOLT
1525 McCrosky Ave.
Knoxville, Tennessee 37917
Telephone: (865) 805-1491
Telefax: (877) 801-1217
dkholt@tds.net

2

Case 3:19-cv-00102-TAV-HBG   Document 11   Filed 07/30/20   Page 2 of 2   PageID #: 37